FILED LODGED ENTERED RECEIVED
FEB 06 2001
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DR. ROBERT E. MORRIS** *

**Plaintiff,** *

**v.** * **CIVIL CASE No. AMC00CV3249**

**BALTIMORE COLLEGE OF DENTAL SURGERY, ET AL.** *

*

**Defendants.**

* * * * *

**ORDER PERMITTING EXTENSION**

Upon consideration of the Motion for Extension, it is this 6th day of February, 2001, it is hereby

**ORDERED** that Defendants' request to respond to Plaintiff's Complaint is hereby extended to and including February 23, 2001.

Andre M. Davis
United States District Court Judge

