IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT E. MORRIS,
    Plaintiff

v.                                     CIVIL NO. AMD 00-3249

BALTIMORE COLLEGE OF
DENTAL SURGERY, et al.,
    Defendants

...oOo...

MEMORANDUM

Plaintiff, Robert E. Morris, acting pro se, has filed an employment discrimination complaint against the University of Maryland, its School of Dentistry and one of the officers of the school, alleging that plaintiff failed to obtain an offer of employment from the University as a result of the defendants' violation of the Age Discrimination in Employment Act, 19 U.S.C. § 621, et seq. Defendants have filed a motion to dismiss on the grounds of Eleventh Amendment Immunity and the failure to state a claim of individual liability under the ADEA. Plaintiff has sought a 60 day continuance for the purpose of hiring an attorney.

Indisputably, defendants' motion must be granted under prevailing Supreme Court and Fourth Circuit precedent. *See Kimel v. Florida Bd. of Regents*, 528 U.S. 62 (2000), and *Birkbeck v. Marvel Lighting Corp.*, 30 F.3d 507, 510 (4th Cir. 1994). The request for a continuance is denied. An order follows.

Filed: March 12, 2001

                                              /s/ Andre M. Davis
                                              ANDRÉ M. DAVIS
                                              United States District Judge

