IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT E. MORRIS, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 00-3249 |
| | : | |
| BALTIMORE COLLEGE OF | : | |
| DENTAL SURGERY, et al., | : | |
|     Defendants | : | |

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 12th day of March, 2001, by the United States District Court for the District of Maryland, ORDERED

(1)  That Defendants' motion to dismiss is GRANTED AND THIS CASE IS DISMISSED WITHOUT PREJUDICE; and it is further ORDERED

(2)  That the Clerk CLOSE this case and TRANSMIT copies of this Order and the foregoing Memorandum to plaintiff pro se and the attorneys of record.

*(signature)*
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE